UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:23-cr-19

vs.

KEITH O. WAYNE,                            District Judge Michael J. Newman

    Defendant.

## SCHEDULING ORDER

This criminal case is before the Court following Defendant Keith O. Wayne arraignment on April 14, 2023. The parties have joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **June 22, 2023**. Doc. No. 14. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| Discovery deadline: | **May 5, 2023** |
|---|---|
| Substantive motion filing deadline: | **May 19, 2023** |
| Status report deadline: | **June 9, 2023** |
| Jury trial: | **June 20, 2023** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

May 1, 2023                                                    s/Michael J. Newman
                                                                       Hon. Michael J. Newman
                                                                       United States District Judge